FILED
CLERK, U.S. DISTRICT COURT

May 26, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ PMC _____ DEPUTY

# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

BOBBIE SMITH,

               Plaintiffs,

     vs.

FCA US, LLC; GLENDALE DODGE CHRYSLER JEEP ELLIS FAMILY STORES, and DOES 1 through 10, inclusive,

               Defendants.

Case No.: 2:21-cv-06948-SVW-JC

District Judge: Hon. Stephen V. Wilson
Magistrate Judge: Jacqueline Chooljian

**JUDGMENT**

### TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Bobbie Smith ("Plaintiff") and Defendant FCA US LLC ("FCA US") (collectively, "the Parties"), resolved this matter by an Offer of Judgment Pursuant to Fed. R. Civ. P. 68, for $71,500.00 plus a motion for attorneys' fees, costs, and expenses.

/ / /

/ / /

/ / /

1

**REQUEST FOR ENTRY OF JUDGMENT**

1    Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the

2  amount of $71,500.00 against Defendant FCA US LLC, as set out in the Fed. R.

3  Civ. P. 68 Offer.

4

5      **IT IS SO ORDERED.**

6

7  Dated:  May 26, 2022

8

9  Hon. Stephen V. Wilson
   U.S. District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**REQUEST FOR ENTRY OF JUDGMENT**

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, California; my business address is Strategic Legal Practices, A Professional Corporation at 1888 Century Park East, 19th Floor, Los Angeles, California 90067.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Los Angeles, California on May 17, 2022.

_____
Yessenia Carrillo